UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEMONTROUS WITCHER, (TDCJ #02197222) Plaintiff, | § § § § § | CIVIL ACTION NO 4:25-CV-05475 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ROLAND C. WEAVER, *et al*, Defendants. | § § | |

### MEMORANDUM ON DISMISSAL

The complaint by Plaintiff Demontrous Witcher is dismissed as barred by the three-strikes provision of 28 USC §1915(g). Dkt 1.

Plaintiff is an inmate at the Stiles Unit of the Texas Department of Criminal Justice–Correctional Institutions Division. He sues TDCJ officials Roland C. Weaver, Morgan M. Marquez, and Cristian Oppong, alleging that they conspired to write false disciplinary reports against him for "threatening" after he complained about being assaulted by Oppong. He asks that he be restored his line class and award him money damages.

Plaintiff proceeds here *pro se*. He also seeks leave to proceed *in forma pauperis*. Dkt 2. But a prisoner isn't allowed to do so if federal courts have dismissed three or more of his prior civil actions or appeals for frivolousness, maliciousness, or failure to state a claim upon which relief may be granted. This bar doesn't apply if the prisoner is in imminent danger of serious physical injury. 28 USC §1915(g).

Plaintiff has had at least three actions or appeals dismissed as frivolous, malicious, or for failing to state a claim. *See Witcher v LaSalle Corrections,* Appeal No 22-

40259 (5th Cir September 23, 2022) (dismissed as frivolous); *Witcher v LaSalle Corrections,* No 3:20-cv-0186 (ED Tex March 23, 2022) (dismissed as frivolous); *Witcher v Thompkins,* No 1:21-cv-120 (ED Tex February 29, 2024) (dismissed for failing to state a claim). Nothing in the current pleadings shows that Plaintiff faces the type of imminent danger of serious physical injury that supports an exception to the payment of the filing fee. *See Baños v O'Guin,* 144 F3d 883, 885 (5th Cir 1998, *per curiam*) (prisoner must demonstrate imminent danger as of time that he seeks leave to file his complaint or notice of appeal).

The complaint by Plaintiff Demontrous Witcher is DISMISSED WITHOUT PREJUDICE as barred by the three-strikes provision of 28 USC §1915(g). Dkt 1. The complaint will be reinstated if Witcher pays the $405 filing fee within thirty days of the entry of this Order.

Any other motions are DENIED AS MOOT.

The Clerk of Court must SEND a copy of this Order to the Manager of the Three-Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

SO ORDERED.

Signed on November 26, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge